Case 1:15-cr-00009-HSO-JCG   Document 189   Filed 05/21/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Mississippi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

May 21 2024

ARTHUR JOHNSTON, CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Herman McGee, Jr. | ) Case No: 1:15cr9HSO-JCG-001 |
| | ) USM No: 18217-043 |
| Date of Original Judgment: 10/20/2015 | ) |
| Date of Previous Amended Judgment: | ) Abby Brumley Edwards |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/20/2015  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 5-21-2024

Effective Date: 5-21-2024
*(if different from order date)*

The Honorable Halil Suleyman Ozerden, U.S. District Judge
*Printed name and title*